## WALKER DAVIS v. STATE.

No. A-6052.   Opinion Filed April 10, 1926.
(245 Pac. 1114.)

E. I. O'Reilly, for plaintiff in error.

PER CURIAM. Upon motion of E. I. O'Reilly, attorney of record for the plaintiff in error, Walker Davis, and a showing that plaintiff in error has died since filing the appeal herein, the appeal is dismissed.